**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MICHAEL WOOD and ELIZABETH WOOD, | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | NO.   SA-10-CA-0941-H |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|    Defendant. | § | |

**DEFENDANT'S ADVISORY TO THE COURT REGARDING PLAINTIFFS' OPPOSED**
**MOTION TO EXCLUDE EVIDENCE AND TESTIMONY**

TO THE HONORABLE HARRY LEE HUDSPETH, U.S. DISTRICT JUDGE:

COMES NOW, the United States of America, Defendant herein, by and through Robert Pitman, United States Attorney for the Western District of Texas, and files this Advisory to the Court regarding Plaintiffs' Opposed Motion to Exclude Evidence and Testimony.

The parties have reached an agreement concerning Medicare payments made to Mr. Wood's healthcare providers related to this case. Therefore, Plaintiffs' Opposed Motion to Exclude Evidence and Testimony is moot, and the Plaintiffs have agreed to withdraw the motion. A joint motion to withdraw Plaintiffs' Opposed Motion to Exclude Evidence and Testimony will be filed shortly.

Respectfully submitted,

**ROBERT PITMAN**
UNITED STATES ATTORNEY


By:        /s/ Dimitri N. Rocha
                  **DIMITRI N. ROCHA**
                  Assistant United States Attorney
                  Florida State Bar No. 693332
                  601 N.W. Loop 410, Suite 600
                  San Antonio, Texas  78216
                  Telephone: (210) 384-7396
                  Facsimile:   (210) 384-7358
                  E-mail: Dimitri.Rocha@usdoj.gov

                  **ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Advisory to the Court was electronically filed via the Court's CM/ECF system and served via ECF on this 4th day of January, 2012, to:

       Jeffrey C. Anderson
       Law Office of Jeffrey C. Anderson
       9601 McAllister Frwy., Suite 1250
       San Antonio, Texas  78216


                  /s/ Dimitri N. Rocha
                  **DIMITRI N. ROCHA**
                  Assistant United States Attorney